**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| AGIS SOFTWARE DEVELOPMENT LLC, | § | Case No. 2:21-cv-00028 |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| AT&T INC., AT&T SERVICES, INC., and | § | |
| AT&T MOBILITY LLC, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AGIS Software

Development LLC ("AGIS") hereby gives notice that the above-captioned action against

Defendants AT&T, Inc., AT&T Services, Inc., and AT&T Mobility LLC (collectively, "AT&T")

is voluntarily dismissed WITHOUT PREJUDICE, with each party to bear its own costs,

expenses, and attorney's fees.

Dated:  January 29, 2021                      Respectfully submitted,


                                          /s/ Alfred R. Fabricant
                                         Alfred R. Fabricant
                                         NY Bar No. 2219392
                                         Email: ffabricant@fabricantllp.com
                                         Peter Lambrianakos
                                         NY Bar No. 2894392
                                         Email: plambrianakos@fabricantllp.com
                                         Vincent J. Rubino, III
                                         NY Bar No. 4557435
                                         Email: vrubino@fabricantllp.com
                                         **FABRICANT LLP**
                                         411 Theodore Fremd Road, Suite 206 South
                                         Rye, New York 10580
                                         Telephone: (212) 257-5797

Facsimile: (212) 257-5796

**ATTORNEYS FOR PLAINTIFF,
AGIS SOFTWARE DEVELOPMENT
LLC**

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on January 29, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant